# United States Bankruptcy Court
## Western District of New York

In re **Stuart A. Walthour**
**Leyan M. Walthour**
Debtor(s)

Case No.
Chapter **13**

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Stuart A. Walthour**, declare under penalty of perjury that the foregoing is true and correct:

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

I, **Leyan M. Walthour**, declare under penalty of perjury that the foregoing is true and correct:

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

Date **October 31, 2022**   Signature **/s/ Stuart A. Walthour**
**Stuart A. Walthour**
Debtor

Date **October 31, 2022**   Signature **/s/ Leyan M. Walthour**
**Leyan M. Walthour**
Joint Debtor